

**SCP Sylvain THOMAZON – Fabrine BICHE**

Associated Bailiffs

**Marlène LE MERCIER**

Bailiff, employee

**PARIS OFFICE**

156 rue Montmartre
75002 PARIS

MD:93267                                                                                                                                Act : 223555

## SERVICE OF PROCESS

February twenty fifth two thousand twenty

For **S.A. PERNOD RICARD, 12 place des Etats-Unis 75016 PARIS,**

During my visit I was not able to receive the following details on the location of the recipient of this act.

The domicile address is confirmed as follows from the verifications below :
- ✓ The address is confirmed by the person met in place.

Circumstances making impossible the service in person:
- ✓ Recipient is absent.
- ✓ The person present confirms the adresse but refuses to accept the complaint

The service of process turned out to be impossible, there was nobody at the place of residence capable of or agreeing to accept the complaint, copy of which was deposited by the sworn Clerk in a sealed envelope containing only the name and address of the recipient on one side and on the other side, my seal placed at the envelope closure.

According to the article 656 of the Code of Civil Procedures, acknowledgement of delivery attempt complies to the requirements of the article 655, and was left this day at the address of the recipient.

Compliant to the article 658 of the C.P.C., the letter containing the same information as the acknowledgement of delivery attempt and a copy of the act of service was sent within the deadlines established by the law.

This present act is not subject to tax, original contains 22 pages and its copy - 22 pages.

The information related to the service of process is approved by the Bailiff.

| COST OF ACT | |
|---|---|
| Emolument | 110,00 |
| SCT | 7,67 |
| H.T. | 117,67 |
| VTA 20 % | 0,00 |
| Stamps | 2,00 |
| Cost of act | 119,67 |

Sylvain THOMAZON - Associate Bailiff



**S.C.P.**
**Sylvain THOMAZON**
**Fabrine BICHE**
Associated Bailiffs

**Marlène LE MERCIER**
Bailiff, employee

**PARIS Office**
156, rue Montmartre
BP 56561
75065 PARIS CEDEX 02

Tel : 01.42.33.56.41  Fax :
01.40.26.41.92
email : etude@tb-huissiers.com

Jurisdiction throughout France for official reports and in departments 75, 77, 89, 91, 93, 94 for the service and execution



**IBAN bank CDC**
FR8340031000010000 119526U43
**BIC** : CDCGFRPPXXX
Payment with CC online or to the State



Adress: www.tb-huissiers.com
ID : 125413
Password : 627892

| | |
|---|---|
| Em ol. | 110,00 |
| SCT | 7,67 |
| FL | ------- |
| H.T. | 117,67 |
| VAT 20 % | 0,00 |
| Stamps | 2,00 |
| | ------- |
| T.T.C | 119,67 |

REFERENCES TO REMEMBER:
MD : 93267

---

MD:93267                                           Act : 223555

## SERVICE AND DELIVERY OF A FOREIGN DOCUMENT

The year of **TWO THOUSAND TWENTY, FEBRUARY TWENTY-FIFTH**

I, Sylvain THOMAZON - Associate Bailiff, from " Civil Law Professional Company Sylvain THOMAZON, Fabrine BICHE" holder of Bailiff office before the Court of Paris located in Paris at 156 rue Montmartre, undersigned,

**At :**

S.A. PERNOD RICARD
12 place des Etats-Unis
75016 PARIS
Having been there and spoke to as it says at the end of the act

**AT THE REQUEST OF :**

Madame CUETO IGLESIAS Marlène born on 02/09/1965, national of USA, Domiciled at 1601 N. Sepulveda Bld, Manhattan Beach CA 90266 CALIFORNIA UNITED STATES OF AMERICA

**YOU ARE NOTIFIED and A COPY OF A FOREIGN ACT IS LEFT WITH YOU, THAT IS:**

Document on 8 pages in English language titled COMPLAINT FOR DAMAGES adressed to the UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA FORT LAUDERALE DIVISION, in the case filed against you with the following references Case No : 1:20-cv-20157, accompanied by the translation on 8 pages in French language.

Document on 1 page drafted on January, 16 2020 by the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA in the case filed against you with the following references Case No : 1:20-cv-20157 titled SUMMONS IN A CIVIL ACTION, accompanied by the translation in French on 1 page.

This present document has been served to you in compliance with the positions of Hague Convention from November 15, 1965 regarding service of process of judicial acts as well as civil and commercial extra-judicial acts abroad.

## ART OF LANGUAGES
*Professional Interpretation, Translation and Transcription Services*
ATA Member #251059

### Service and Delivery of a Foreign Document
### Translated from French into English
### for Andre G. Raikhelson, Esq.

I, Polina Elimelakh, a professional and qualified translator, hereby certify that the above mentioned document has been translated by me and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every aspect a correct and true translation of the original document.

This is to certify the correctness of the translation only. I do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further I assume no liability for the way the customer uses the translation, or any third party, including end users of the translation.

A copy of this translation is attached to this certification.

*Polina Elimelakh*
_____
Polina Elimelakh
Professional Translator
Russian/English/French

Dated: March 02, 2020


1919 Van Buren St, #502
Hollywood, FL 33020
T. 954.261.3035
E. translations.pe@gmail.com

