UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-20157

MARLENE CUETO IGLESIAS and
MIRIAM IGLESIAS ALVAREZ

        Plaintiffs

v.

PERNOD RICARD S.A.,

        Defendant
_____/

## MOTION TO WITHDRAWAL AS COUNSEL

The law firm of IPS Legal Group, P.A. ("IPS Legal Group"), by and through the undersigned attorney, moves to withdraw as counsel of record for Plaintiffs Marlene Cueto Iglesias and Miriam Iglesias Alvarez ("Plaintiffs"). The grounds for this motion are as follows:

1. Irreconcilable differences have arisen between IPS Legal Group and the Plaintiffs that make it impossible for IPS Legal Group to continue to represent their interests in this matter.

2. IPS Legal Group, on behalf of the Plaintiffs, requests that the Court:

    a. Gran Plaintiffs thirty (30) days to obtain new counsel; and

    b. Stay these proceedings during the thirty (30) day period.

3. IPS Legal Group additionally requests that any and all documents be forwarded to the attention of Marlene Cueto Iglesias, 1601 N. Sepulveda Blvd #741, Manhattan Beach, CA 90266.

4. IPS Legal Group certifies that this motion is not being filed for purposes of delay.

5. The undersigned certifies that she conferred with Defendant's counsel. While Defendant's counsel stipulates to the withdrawal, Defendant's counsel does not stipulate to the stay of proceedings.

WHEREFORE, IPS Legal Group, P.A. requests that this Court enter and Order allowing it to withdraw as attorneys for the Plaintiffs and granting the extensions and the deadlines described above.

Dated: January 20, 2021

                                          Respectfully submitted,

                                          Joycelyn S. Brown,
                                          Florida Bar No. 0058277
                                          IPS Legal Group, P.A.
                                          1951 NW 7th Ave, Suite 600
                                          Miami, Florida 33136
                                          Tel: 786-539-5098
                                          Email: jbrown@ipslegalgroup.com
                                          *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 20, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: _____
Joycelyn S. Brown
Florida Bar No. 0058277